**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Nelson LOPEZ–MOLINA,**
**Defendant–Appellant.**

No. 02–50513.

United States Court of Appeals, Ninth Circuit.

March 22, 2007.

Pegeen D. Rhyne, Esq., Office of the U.S. Attorney, Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Nelson Lopez Molina, Terminal Island, CA, pro se.

Gary P. Burcham, Esq., San Diego, CA, for Defendant–Appellant.

Central District of California, Los Angeles. D.C. No. CR–01–00932–ER–2.

Before: HALL, O'SCANNLAIN, and CALLAHAN, Circuit Judges.

ORDER AMENDING MEMORANDUM

The panel unanimously amends the memorandum disposition filed February 12, 2007, as follows:

On page 2, line 5, delete "these convictions" and insert "his criminal history."

With this amendment, the panel has voted to deny appellant's petition for panel rehearing and has recommended denial of the petition for rehearing en banc. The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R.App. P. 35.

The petition for panel rehearing and the petition for rehearing en banc are DENIED.